UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**BARBARA BURGESON,**

        **Plaintiff,**

-vs-                                                      Case No. 2:09-cv-220-FtM-36DNF

**COLLIER COUNTY, TOM HENNING,
STAN CHRZANOWSKI, RUDY MOSS,**

        **Defendants.**

_____

## ORDER

On April 27, 2010, the Court held a hearing on all outstanding discovery motions. The Court made the following rulings.

**IT IS HEREBY ORDERED:**

1. Collier County's Renewed Motion to Compel Plaintiff's Responses to Collier County's Request for Production of Documents [Doc #88], is hereby GRANTED in part and Plaintiff is to produce better responses to the Request to Produce within thirty (30) days from the date of this Order; Collier County's Renewed Motion to Compel Better Responses to Interrogatories [Doc #88] is DENIED in part, as Plaintiff has indicated she will supply better responses within thirty (30) days of the date of this Order;

2. Collier County's Motion to Compel Independent Mental Examination [Doc #94] and Tom Henning's Motion to Compel Independent Mental Examination of Plaintiff [Doc #104] are hereby

GRANTED and the Independent Mental Examination is to proceed as scheduled. Within twenty-one (21) days, Collier County shall provide a letter from Dr. Schaerff indicating the testing he recommends for the Plaintiff's Independent Medical Examination. After the testing is completed and at least fourteen (14) days prior to a deposition of Dr. Schaerff, Collier County shall provide all documentation of the test results of the Plaintiff's testing to counsel for the Plaintiff. The request to videotape the Independent Medical Examination is denied;

3. Collier County's Motion for Leave to File Under Seal Unredacted Copies of Psychiatric, Psychological and Medical Records in Support of its Motion to Compel Independent Examination of the Plaintiff [Doc #101] is hereby WITHDRAWN by Collier County;

4. Defendants' Joint Motion for Miscellaneous Relief, specifically to Exceed the Limit on the Duration of Plaintiff's Deposition [Doc #106] is hereby GRANTED, and Defendant Collier County shall have one (1) day to depose the Plaintiff; Defendant Tom Henning shall have one (1) day to depose the plaintiff; and defendants Stan Chrzanowski and Rudy Moss shall have one (1) day to depose the plaintiff. The parties shall cooperate in the scheduling of the deposition so that it is convenient to the deponent as well as counsel;

5. Plaintiff's Motion to Compel First Request for Production to Collier County [Doc #86] is DENIED without prejudice, and Collier County's Motion for a Protective Order [Doc #89] is DENIED AS MOOT; and

6. Defendants' Joint Motion to Stay Discovery Pending Ruling on Motions to Dismiss [Doc #107] is hereby GRANTED, and the discovery is stayed pending rulings on the pending motions to dismiss. However, the parties shall respond to all outstanding pending discovery requests as directed by this Order. The Plaintiff's Independent Mental Examination shall proceed as scheduled;

7. It is also ORDERED, that no additional non-dispositive motions shall be filed without the express permission of the Court and any such request shall be made by motion, double-spaced, not to exceed three (3) pages, and addressed to the Magistrate. A response to the motion may be made by opposing counsel within three (3) days and is not to exceed three (3) pages. The requests shall be styled "Motion for Permission to File a Motion;

8. It is further ORDERED, that pursuant to Local Rule 3.01, each party shall wait two and a half (2 ½) days after a request for consent or an attempt to reach the other party to request the consent to the filing of any motion, before filing any motion.;

9. The parties shall cooperate in all further discovery in this case, treat each other with courteousness and respect, and make a good faith effort to resolve their discovery disputes without Court intervention;

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this 21st day of May, 2010.

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge

Copies: All Parties of Record